IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00272-WYD-BNB

GEORGIANNE MCCOY,

    Plaintiff,

v.

RESURGENT CAPITAL SERVICES, L.P.;
JOHN DOES; and
JANE DOES,

    Defendants.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) filed March 26, 2013, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I).

Dated:  March 26, 2013

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior United States District Judge